UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | |
|---|---|
| MIKE LAUER, et. al , ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 1:08-cv-1512- SEB-JMS |
| vs. ) | |
| ) | |
| BUR LAW CONSTRUCTION, INC., et. al, ) | |
| ) | |
| Defendant. ) | |

**ENTRY REGARDING PROPOSED ORDER**

On March 17, 2009, the court ordered Plaintiffs to show cause why this action should not be dismissed for their failure to perfect service on Defendants within the time established by Fed. R. Civ. P. 4(m).  Plaintiffs did not file a response to the Court's show cause order.  Instead, they filed a *proposed order* for the Clerk's signature titled "Clerk's Entry of Default." [Docket No. 11.]  This filing exemplifies a troublesome practice seen more and more frequently by this Court: the filing of proposed orders without accompanying motions.

Apparently, Plaintiffs would have the Clerk sign and enter their proposed order, even though they have made no attempt to comply with Fed. R. Civ. P. 55(a), which requires a showing "by affidavit or otherwise" that the Defendants are in default.  Indeed, Plaintiffs have not filed an "Application for Entry of Default along with an affidavit setting forth the relevant dates of filing and service in order to show entitlement to an entry of default." [Attorney's Handbook, United States District Court, Southern District of Indiana (May 12, 2008), p. 25 (available at www.insd.uscourts.gov).]   Although the docket in this cause is relatively short and a study of the

docket might reveal the facts that Plaintiffs would include in a proper motion or application for the entry of a default, neither the Clerk nor the Court will make Plaintiffs' case for them.  Furthermore, the proposed order does not satisfy the signature requirements of Fed. R. Civ. P. 11.

The Clerk is directed to take no action with respect to Plaintiffs' proposed order at Docket No. 11.  If Plaintiffs believe that Defendants are in default, then Plaintiffs should file a proper motion or application for the entry of a default.  Plaintiffs shall have through and including <u>April 17, 2009</u>, to properly move or apply for an entry of default against Defendants.

IT IS SO ORDERED.

Date: 04/09/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Paul T. Berkowitz
PAUL T. BERKOWITZ & ASSOCIATES, LTD.
paul@ptblaw.com

Thomas Edward Moss
PAUL T. BERKOWITZ & ASSOCIATES
info@ptblaw.com